# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMAL SNEED,

               Plaintiff

    v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

             Defendants

Case No. 3:25-cv-00071-ART-CSD

ORDER

On September 16, 2025, the Court issued a screening order and granted Plaintiff until October 16, 2025, to file an amended complaint or it would dismiss the case without prejudice. (ECF No. 5 at 8). On October 20, 2025, Plaintiff submitted a motion for an extension of time to file his amended complaint because he just received a copy of the Court's screening order on October 16 from the prison. (ECF No. 8 at 2).

For good cause, it is ordered that the motion for extension of time (ECF No. 8) is granted. Plaintiff will file his amended complaint on or before November 21, 2025.

It is further ordered that, if Plaintiff chooses not to file a timely amended complaint, the Court will dismiss this action without prejudice for failure to state a claim.

DATED: October 21, 2025.

_____
UNITED STATES MAGISTRATE JUDGE